29 Redwood House
189 Townmead road
SW6 2HY
Fulham, London
20th August, 2016

The Honorable Judge
United States District Judge
District Of Maryland
Baltimore.

Dear Judge,

We are Melanie and Molly WILSON. Twin cousins of Evans Appiah who stands before you on this day 12th September, 2016 to receive a sentence in your honorable court. We are 18years old and we are in college studying Health and social care at Saint Francis Xavier in Clapham Common, London. We have lived with our cousin all of our lives with our grandparents and three other siblings in a town called Nsawam in Ghana until we moved from Ghana to England. Evans is calm, honest, kind and a remorseful person brought up from a disciplined Christian home who worked hard with our grandmother with her bakery. He was the eldest amongst us and he was so helpful to our grandmother, he woke up very early to sell the bread our grandmother had baked every morning before he left for school and was never late to school.

Your Highness, we know and have been explained the crime and the case our cousin Evans has gotten involved in and we know how serious it is but since Evans is a remorseful person we believe he has regretted even getting himself involved with this kind of issue and has learnt his lessons. This case has caused so much in the family especially the people closer to him like our mum and our grandmother. Out of shock on hearing the news of Evans waiting to be sentenced our grandmother had an attack and has been in the hospital living on medicine for the past four months now. And our mum has been depressed.

Your Honor, Evans is kind-hearted, God fearing, and charitable. He is very loyal to his friends and family; he took it upon himself to help a very needy woman by helping her see his son through basic school even though he didn't have enough.

Your most Highness, his and our only hope is in God that he will be given a second chance to have life. Every member of our family will support him in a new life physically, spiritually, emotionally and mentally.

Your Honor, we have no right or power to tell or decide for your honorable court but we plead to your honorable court and God to give our cousin Evans Appiah a second chance to life. Evans is not a criminal he has never even gotten into a fight in his life. Please, we plead to you in the name of God to judge with mercy on our young cousin.

We thank you very much and we hope you see or know Evans for the kind soul he is and judge him mercifully.

Yours Faithfully,

*[signatures]*

Melanie and Molly

0047780030105/00447956695290