OLIVET ANSAH

P.O.BOX AN 15149

ACCRA- NORTH, GHANA

23rd August, 2016

The Honorable Judge

United State District Court

District of Maryland, Baltimore

Dear JUDGE HAZEL,

I OLIVET ANSAH, by this letter wish to testify about my friend and school mate EVANS APPIAH who on this date 12th September 2016 stand before you and your honorable court, awaiting sentence.

Your Highness, having known EVANS from ages 12 and as a teenager until now I attest that, He was and is a bright and kind young man serviceable with a very big heart who is ready to help and render services to the poor and needy and to the elderly.

We walked to school and attended sports activities together and I must say that EVANS is a good team player and played important role in most games organized in school and in the community where we lived ( NSAWAN).

Academically, he was very bright and ready to participate in school discussions when we attended HECTAR PREPARATORY SCHOOL AND PRINCE BOATENG MEMORIAL INSTITUTE.

He has never been accused of theft or bullying. In fact, he appreciates anything he has and is always ready to share even when we all thought he didn't have enough.

Most of the time, EVANS spent his afternoons with me and my other siblings in our home because his grandmother whom he lived with at the time was often out and about on her trade.

I wish to appeal to your high court where EVANS APPIAH is waiting to be sentenced this day.

EVANS is neither mean nor selfish and I believe strongly that his over kindness and willing to help all has dragged him indirectly into this case.

I wish that my attestation to EVANS APPIAH'S character as per this letter helps to give you a more positive view of him.

Thank you.

Yours Faithfully,

OLIVET ANSAH
00233246547187