IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GJH-15-508** |
| | * | |
| **EVANS APPIAH,** | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

# FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture (the "Motion"). On September 12, 2016, the Court entered an Order of Forfeiture (ECF No. 85, the "Preliminary Order") forfeiting all of the Defendant's right, title and interest in the following property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

(a) $3,400 in U.S. currency seized on or about June 17, 2015 (15-ICE-002730);

(b) Apple iPhone 6 (16 GB), IMEI # 354449067926734, seized on or about June 17, 2015 (15-ICE-002735);

(c) Apple iPhone 5S (32 GB), IMEI #013971003979363, seized on or about June 17, 2015 (15-ICE-002735);

(d) Apple iPhone 5S (32 GB), IMEI #0138480000336716, seized on or about June 17, 2015 (15-ICE-002735);

(e) Apple iPhone 5 (16 GB), IMEI #990002303348146, seized on or about June 17, 2015 (15-ICE-002735);

(f) Samsung Galaxy Avant smartphone, IMEI #354897068398172, seized on or about June 17, 2015 (15-ICE-002735);

(g) Dell Inspiron laptop computer, seral number 1BJK532, seized on or about June 17, 2015 (15-ICE-002735);

(h) $706.00 in U.S. currency seized on or about September 23, 2015 (15-ICE-002731);

      (i)      $492.14 in funds seized from Wells Fargo account #5134283075 on or about September 29, 2015 (15-ICE-002732);

      (j)      2012 Mercedes-Benz C300 sedan, Vehicle ID No. WDDGF8BBXCA602595 (15-ICE-002733); and

      (k)      Apple iPhone 6 (16GB), IMEI #359310066416009, seized on or about November 2, 2015 (15-ICE-002735);

(collectively, the "Subject Property").

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2 (b)(6)(C) the United States caused to be published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, prior to the deadline for claims, pursuant to 21 U.S.C. § 853(n)(2), claimant Afra Bright (the "Claimant") filed a claim to $3,400 in U.S. currency seized on or about June 17, 2015 (15-ICE-002730) included in the Subject Property; and

WHEREAS, on April 22, 2020, the United States and the Claimant entered a settlement agreement (attached as Exhibit 2 to the Motion) in which the United States agreed to partially recognize the Claimant's claim and release a portion of the Subject Property consisting of **$1,700 in U.S. currency** to her in full satisfaction of any and all claims she has made or could have made to the Subject Property; and

WHEREAS, no other claim to the Subject Property has been filed, and the deadline for doing so has expired; and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States pursuant to 18 U.S.C.

§ 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(1), Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the settlement between the United States and the Claimant attached as Exhibit 2 to the Motion is approved; and

IT IS FURTHER ORDERED that the United States has shown that there was reasonable cause for the seizure of the Subject Property under 28 U.S.C. § 2465; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that **$1,700 in U.S. currency** be released to the Claimant in accordance with the requirements of the Treasury Offset Program (31 U.S.C. § 3716), which requires the Internal Revenue Service to determine that the Claimant does not owe any unrelated debts to the United States; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

|  |  |
|---|---|
| 9/22/2020 | /s/ |
| Date | Hon. George J. Hazel<br>United States District Judge |

3